IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROOR INTERNATIONAL BV and SREAM, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No.: 4:18-cv-00713-ALM-KPJ |
| v. | § § | |
| TEXAS TOBACCO 3 and JOHN DOE, | § § § | |
| Defendants. | § § | |

## ORDER

On June 19, 2019, the parties filed a Joint Notice of Mediator Information (the "Notice") (Dkt. 15). Pursuant to the Scheduling Order, the parties were required to notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. *See* Dkt. 14 at 1. The parties also state in the Notice that "if a mediation is ordered, that a request is made to a magistrate judge to serve as mediator." *See* Dkt. 15 at 1. The Scheduling Order *does* order a mediation. *See* Dkt. 14 at 1.

The parties may file motions to request an extension of deadlines in the Scheduling Order or request other relief as they deem appropriate under the circumstances. However, the parties are expected to comply with the Court's orders, including deadlines established in the Scheduling Order (Dkt. 14). Further, as discussed in the Scheduling Order, "if necessary, the parties should notify the Court if the parties are interested in having this case submitted to a Magistrate Judge for settlement conference." *See* Dkt. 14 at 5. Should parties make such a request, it is not a substitute for compliance with the mediator notification and mediation deadlines.

**IT IS THEREFORE ORDERED** that the deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one is extended to **June 28, 2019**.

**IT IS SO ORDERED.**

**SIGNED this 21st day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE